JOHN W. HUBER, United States Attorney (#7226)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South State Street, Suite 300, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310

FILED
U.S. DISTRICT COURT
2016 JAN -5 P 1: 05
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Quentin Defense Model QD-15 .223 Caliber Rifle, Serial Number: 131629<br><br>　　　　　Defendants. | WARRANT AND SUMMONS FOR ARREST OF ARTICLES *IN REM*<br><br>Case: 2:16cv00014<br>Assigned To : Benson, Dee<br>Assign. Date : 1/5/2016<br>Description: USA v. Quentin Defense Model QD15 .223 Caliber Rifle |

　　　To the United States Marshal of the District of Utah and/or Any Other Duly Authorized Law Enforcement Officer:

　　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Utah on January 5, 2016, alleging that the Defendant property is subject to forfeiture to the United States of America pursuant to 26 U.S.C. § 5872.

　　　WHEREAS, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i), the Clerk of the Court is authorized to issue a Warrant for Arrest of Articles *In Rem* if the Defendant property is in the possession or custody of the government.

YOU ARE THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant property identified as one Quentin Defense Model QD-15 .223 Caliber Rifle, Serial Number: 131629, and use discretion and whatever means appropriate to protect and maintain said Defendant property, and detain it in your custody or in the custody of an authorized agency until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated this 5th day of January, 2016.

                                              D. MARK JONES
                                              Clerk of the Court

                                              By: *[signature]*
                                              DEPUTY CLERK